# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1973
Lower Tribunal No. 25-2649-CP-02
_____

**Pamela Richburg-Smith,**
Appellant,

vs.

**In Re: Keino Nkrumah, a/k/a Keino Smith,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose Luis Fernandez , Judge.

Orville McKenzie, for appellant.

Glenn R. Miller, LLC, and Glenn R. Miller and James Randle, for appellee.

Before SCALES, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Simpson v. Williamson</u>, 611 So. 2d 544, 546 (Fla. 5th DCA 1992) (agreeing that "the execution of a will may be valid, even though a required witness signs in a capacity other than that of a witness"); <u>Helfenbein v. Baval</u>, 157 So. 3d 531, 534 (Fla. 4th DCA 2015) (accepting premise that notary could have served as required second witness to will while reversing on other grounds).